UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA DEL RIO LOW,

              Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

              Defendant.

Case No. C17-394 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's opening brief (Dkt. 13) as well as her reply brief (Dkt. 21). In light of the issues raised by Plaintiff's briefing, Defendant is DIRECTED to file a supplemental brief on or before April 18, 2018, not to exceed eight pages in length, addressing the following issues:

(1) The constitutionality of 20 C.F.R. § 404.640. *See Weinberger v. Salfi*, 422 U.S. 749, 762 (1975) ("the Social Security Act itself provides jurisdiction for constitutional challenges to its provisions").

(2) Whether, at age 66 with no previous application for benefits, Plaintiff would have been entitled to a spousal benefit either because it would have exceeded her

MINUTE ORDER - 1

primary insurance amount or because Plaintiff was entitled to choose to receive a lower spousal benefit, and whether this issue requires remand to determine.

Plaintiff may file a response to Defendant's supplemental brief on or before May 2, 2018, not to exceed six pages in length.

DATED this 28th day of March, 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER - 2