1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA DEL RIO LOW,

                              Plaintiff,

        v.

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for Operations,

                              Defendant.

Case No. C17-394 JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

        This matter comes before the Court on Defendant's Unopposed Motion to Amend

Scheduling Order (Dkt. 24).  In light of the unusual issues required to be addressed in the

supplemental briefing, it is ORDERED that Defendant's motion is hereby GRANTED and the

scheduling order (Dkt. 23) is amended as follows:

    •   Defendant shall have up to and including June 18, 2018, to file the supplemental

        brief.

    •   Plaintiff shall have up to and including July 2, 2018, to file an optional response

        to Defendant's supplemental brief.

MINUTE ORDER - 1

DATED this 18th day of April, 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER - 2