UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL RIO LOW, | CASE NO. C17-0394-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion (Dkt. No. 27) to amend the scheduling order (Dkt. No. 26). The motion (Dkt. No. 27) is GRANTED. It is hereby ORDERED that the scheduling order (Dkt. No. 26) shall be amended as follows:

- Defendant shall have up to and including June 25, 2018, to file Defendant's supplemental brief; and

- Plaintiff shall have up to and including July 9, 2018, to file a reply brief.

//
//
//

1       DATED this 18th day of June 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk